# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**541**
**CAF 11-00761**
PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF DAVID J. LEE,
PETITIONER-APPELLANT,

V                                                               ORDER

BREANNA HARRIS, RESPONDENT-RESPONDENT.

---

WILLIAM D. BRODERICK, JR., ELMA, FOR PETITIONER-APPELLANT.

LAW OFFICE OF GARY M. FREEDMAN, ESQ., BUFFALO (GARY M. FREEDMAN OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

DAVID B. SMITH, ATTORNEY FOR THE CHILDREN, BUFFALO, FOR DEJA L. AND
DEJANEA L.

---

Appeal from an order of the Family Court, Erie County (Kevin M.
Carter, J.), entered March 9, 2011 in a proceeding pursuant to Family
Court Act article 6.  The order dismissed the petition.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  April 20, 2012                          Frances E. Cafarell
                                                  Clerk of the Court